DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS HERNANDEZ-CHAPARRO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1358

[September 3, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Harold Merrigan, Jr., Judge; L.T. Case No. 05-012118-CF-10C.

Carlos Hernandez-Chaparro, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***